# United States District Court
## Southern District of Georgia

Keith G. Coleman

### JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-129

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated August 26, 2014, adopting the Report and

Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case as

successive. This action stands closed.

August 26, 2014

Date

Scott L. Poff

Clerk

(By) Deputy Clerk